**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-9405 PA (SSCx) | Date | August 28, 2026 |
| Title | Brittany Conner v. Toyota Motor Sales, U.S.A., Inc. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

The Court is in receipt of the Response filed by defendant Toyota Motor Sales, U.S.A., Inc. ("Defendant") to the Court's August 24, 2026 Order to Show Cause why this action should not be remanded should not be remanded for lack of jurisdiction under the Class Action Fairness Act ("CAFA") jurisdiction pursuant to 28 U.S.C. § 1332(d)(2), or why it should not be remanded as a result of CAFA's local controversy exceptions. 28 U.S.C. §§ 1332(d)(3) & (d)(4). In its Response, Defendant requests that the Court remand the action. Pursuant to Defendant's Response, the Court remands the action to Los Angeles County Superior Court, Case No. 26STCV22320.

IT IS SO ORDERED.